

**The following constitutes the order of the court.
Signed January 28, 2014**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re Sameem Sharaf,<br>   Liluma Bayanzay,<br>                         Debtors._____/ | Case No. 13-43787 WJL<br>Chapter 7 |
| Frank S. Belleci,<br>Sylvia Belleci,<br>                         Plaintiffs,<br>     v.<br>Sameem Sharaf,<br>Liluma Bayanzay<br>                         Defendants._____/ | Adv. Pro. No. 13-4200 |

### MEMORANDUM REGARDING SETTLEMENT APPROVAL

A status conference in the above-captioned adversary proceeding was held on January 8, 2014. Appearances were as noted on the record. The Court understands from the parties' representation that the matter has settled. The Court received a document in paper copy titled Order of Court Approving Settlement. The Court notes that no settlement agreement has been filed on the docket, and as such it cannot approve any settlement. The parties are hereby directed to file the appropriate settlement agreement with the Court.

**END OF MEMORANDUM**

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Frank S. Belleci |
|   | Sylvia Belleci |
| 3 | 907 Redwood Dr. |
|   | Danville, CA 94506 |
| 4 | |
|   | Sameem Sharaf |
| 5 | Liluma Bayanzay |
|   | 36745 Ada Avenue |
| 6 | Fremont, CA 94536 |
| 7 | Daniel R. Schwarz |
|   | Law Offces of Marc L. TerBeek |
| 8 | 2648 International Blvd. |
|   | Oakland, CA 94601 |